# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| PHILADELPHIA COMMUNITY DEVELOPMENT COALITION, LAURA BLAU, AND CHARLES J. WALSH, III | : No. 351 EAL 2020 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| | : |
| TERESA F. ISABELLA AND 325 S. 18TH STREET, LLC | : |
| | : |
| | : |
| | : |
| PETITION OF: 325 S. 18TH STREET, LLC | : |
| | |
| CHARLES J. WALSH, III AND LAURA BLAU AND PHILADELPHIA COMMUNITY DEVELOPMENT COALITION | : No. 352 EAL 2020 |
| | : |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| | : |
| TERESA F. ISABELLA AND 325 S. 18TH STREET, LLC | : |
| | : |
| | : |
| | : |
| PETITION OF: 325 S. 18TH STREET, LLC | : |
| | |
| CHARLES J. WALSH, III AND LAURA BLAU AND PHILADELPHIA COMMUNITY DEVELOPMENT COALITION, INC. TERESA F. ISABELLA AND 325 S. 18TH STREET, LLC | : No. 353 EAL 2020 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| | : |
| PETITION OF: 325 S. 18TH STREET, LLC | : |

## **ORDER**

**PER CURIAM**

 **AND NOW**, this 17th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.

 Application for Relief Seeking Leave to Amend the consolidated petitions is **GRANTED**.